HELEN CROSTA, PLAINTIFF-PETITIONER, v. ATLANTIC CASUALTY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Budd, Larner & Kent* for the petitioner.

*Messrs. Harkavy & Lieb* for the respondent.

November 14, 1955.

THOMAS EGAN, PLAINTIFF-PETITIONER, v. VIRGINIA STEVEDORING CORPORATION, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Francis Sorin* for the petitioner.

*Mr. George P. Moser* and *Mr. William V. Roveto* for the respondent.